■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN WRIGHT, Appellant.—Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered August 18, 1987.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Thompson, J. P., Bracken, Brown, Sullivan and Rosenblatt, JJ., concur.